DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RUIZ E. ACOSTA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2337

[January 18, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline Cahill Shepherd, Judge; L.T. Case No. 50-2002-CF-014604-AXXX-MB.

Ruiz E. Acosta, Miami, pro se.

No response required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***